## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

ATUL SHAH, AMITA SHAH, SHAILENDRA
PRASAD, JOSHUA BOUCK, SHENWEI ZHAO, and
ADAM SPRING, individually on behalf of themselves
and all others similarly situated,

                Plaintiffs,

    -against-

CHINA LIBERAL EDUCATION HOLDINGS LTD.,
NGAI NGAI LAM, WENHUAI ZHUANG,
FANGZHONG SUN, NGO YIN TSANG,
WANDONG CHEN, XIAONAN LIU, XINYU DENG,
TRANSHARE CORPORATION, ASCENT
INVESTOR RELATIONS LLC, TINA XIAO, EVER
ALPHA, GLOBAL LIMITED, LIM XIANG JIE
CEDRIV, MING-SHEN CHENG, KING SUNG
WONG, KO SEN CHAI, SIONG WEE VUN, CHIEN
LUNG MA, KOK WAH WONG, and YAN ZHAO,

                Defendants.

------------------------------------------------------------------------x

Case No. 26-cv-823

**JURY TRIAL DEMANDED**

## DEFENDANT TRANSHARE CORPORATION'S ANSWER WITH CROSS-CLAIMS TO CLASS ACTION COMPLAINT

Defendant, Transhare Corporation ("Transhare"), by and through the undersigned counsel, hereby submits the following Answer to Plaintiffs' Class Action Complaint [ECF 1] (the "Complaint"). Any allegations not specifically admitted herein are denied.

### IN ANSWER TO "INTRODUCTION"

1. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

2. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

3. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

4. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

5. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

6. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

7. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

8. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

9. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

10. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

11. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

12. As to the allegations in this paragraph about Transhare, denied. As to all other allegations in this paragraph, Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

13. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

14. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

15. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

16. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

17. This paragraph states legal conclusions and citations to which no response is required. To the extent a response is required, Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

18. This paragraph states legal conclusions and citations to which no response is required. To the extent a response is required, Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

### IN ANSWER TO "THE PARTIES"

19. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

20. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

21. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

22. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

23.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

24.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

25.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

26.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

27.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

28.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

29.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

30.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

31.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

32.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

33.     Admitted, except lack sufficient knowledge and information to admit or deny the allegation that Transhare "frequently acts as transfer agent to PRC-based companies with public

listings in the United States", since Transhare acts as transfer agent for many different companies with public listings in the United States, including companies based in the United States.

34. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

35. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

36. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

37. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

38. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

### IN ANSWER TO "JURISDICTION AND VENUE"

39. This paragraph states a legal conclusion to which no response is required.

40. This paragraph states a legal conclusion to which no response is required.

41. This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

### IN ANSWER TO "SUBSTANTIVE ALLEGATIONS"

42. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

43. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

44. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

45. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

46. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

47. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

48. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

49. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

50. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

51. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

52. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

53. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

54. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

55. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

56.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

57.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

58.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

59.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

60.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

61.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

62.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

63.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

64.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

65.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

66.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

67. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

68. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

69. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

70. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

71. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

72. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

73. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

74. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

75. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

76. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

77. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

78.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

79.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

80.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

81.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

82.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

83.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

84.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

85.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

86.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

87.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

88.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

89.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

90.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

91.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

92.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

93.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

94.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

95.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

96.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

97.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

98.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

99.     Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

100. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

101. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

102. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

103. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

104. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

105. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

106. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

107. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

108. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

109. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

110. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

111.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

112.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

113.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

114.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

115.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

116.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

117.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

118.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

119.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

120.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

121.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

122.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

123.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them. Moreover, Transhare could not possibly have or be charged with such knowledge, since Transhare was not a party to the Warrant Exchange Agreement.

124.    Denied as to the allegation of a December 31, 2024 date, and as to the other allegations in this paragraph, Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

125.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

126.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

127.    Denied as to the allegations in this paragraph regarding Transhare, and as to the allegations involving other parties, Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them. Further, denied that Transhare had any of the legal obligations claimed by Plaintiffs in this paragraph.

128.    Denied as to the allegations in this paragraph regarding Transhare, and as to the allegations involving other parties, Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them. Further, denied that Transhare had any of the legal obligations claimed by Plaintiffs in this paragraph.

129.    Denied as to the allegations in this paragraph regarding Transhare, and as to the allegations involving other parties, Transhare lacks sufficient knowledge and information to admit

or deny the allegations contained in this paragraph, and on that basis, denies them. Further, denied that Transhare had any of the legal obligations claimed by Plaintiffs in this paragraph.

130. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

131. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

132. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

133. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

134. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

135. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

136. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

137. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

138. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

139. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

140.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

141.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

142.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

143.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

144.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

145.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

146.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

147.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

148.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

149.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

150.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

151. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

152. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

153. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

154. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

155. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

156. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

157. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

158. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

159. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

160. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

161. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

162.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

163.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

164.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

165.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

166.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

167.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

168.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

169.    Denied as to the allegations in this paragraph regarding Transhare, and as to the allegations involving other parties, Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them. Further, denied that Transhare had any of the legal obligations claimed by Plaintiffs in this paragraph.

170.    Denied as to the allegations in this paragraph regarding Transhare, and as to the allegations involving other parties, Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

171.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

172.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

173.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

174.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

175.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

176.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

177.    Denied as to the allegations in this paragraph regarding Transhare, and as to the allegations involving other parties, Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

178.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

179.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

180.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

181.    Denied as to the allegations in this paragraph regarding Transhare, and as to the allegations involving other parties, Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

182. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

183. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

184. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

185. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

186. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

187. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

188. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

189. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

190. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

191. Denied as to the allegations in this paragraph regarding Transhare, and as to the allegations involving other parties, Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them. Further, denied that Transhare had any of the legal obligations claimed by Plaintiffs in this paragraph.

192.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

193.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

194.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

195.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

196.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

197.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

198.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

199.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

200.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

201.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

202.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

203.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

204.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

205.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

206.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

207.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

208.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

209.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

210.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

211.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

## IN ANSWER TO "CAUSES OF ACTION"

### In Answer To "COUNT I"

**Violation of Section 10(b) of the Securities Exchange Act and SEC Rule 10b-5
Against All Defendants**

212.    Transhare realleges and reincorporates its responses to all previous paragraphs.

21

213.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

214.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

215.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

216.    Denied as to the allegations in this paragraph regarding Transhare, and as to the allegations involving other parties, Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them. Further. denied that Transhare had any of the legal obligations claimed by Plaintiffs in this paragraph.

217.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

218.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

219.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

220.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

221.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

222.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

223. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

### In Answer To "COUNT II"

**Violation of Section 20(a) of the Securities Exchange Act
Against the Director and Officer Defendants**

224. Transhare realleges and reincorporates its responses to all previous paragraphs.

225. Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

226. This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

227. This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

### In Answer To "COUNT III"

**Violation of Section 1964 of the Civil RICO Statute
Against All Defendants**

228. Transhare realleges and reincorporates its responses to all previous paragraphs.

229. This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

230. This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

231. This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

232. This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

233.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

234.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

235.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

236.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

237.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

238.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

239.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

240.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

241.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

242.    Transhare lacks sufficient knowledge and information to admit or deny the allegations contained in this paragraph, and on that basis, denies them.

243.    This paragraph states a legal conclusion to which no response is required. To the extent a response to this paragraph is required, denied.

24

## IN ANSWER TO "PRAYER FOR RELIEF"

To the extent a response is required to Plaintiffs' Prayer for Relief, Transhare denies that Plaintiffs are entitled to any relief, deny the allegations set forth therein, and request that all such relief be denied. Further, Transhare respectfully requests that the Complaint be dismissed with prejudice, that the Court enter Judgment finding for Transhare in all respects and ordering that Plaintiffs take nothing in relation to this matter, granting Transhare its costs, including attorneys' fees, incurred in relation to this matter, and granting Transhare such other relief as the Court deems just and proper.

## DEFENDANT TRANSHARE'S AFFIRMATIVE DEFENSES

In response to the claims contained in Plaintiffs' Complaint, and without admitting any of the allegations set forth therein, Defendant asserts the following affirmative and other defenses, without assuming any burden of proof that is not assigned to it by operation of law.

### First Defense

244.    As to Count III, Civil RICO, Plaintiffs' claims against Transhare must be dismissed because Plaintiffs have failed to adequately plead the existence of an "enterprise," within the meaning of 18 U.S.C. § 1961(4), or that Transhare was part of an alleged "enterprise," as there are no indicia in the Complaint that Transhare shared a "common purpose" of fraud or illegality with the other Defendants, *see, e.g., First Cap. Asset Mgmt. v. Satinwood, Inc.*, 385 F.3d 159, 174 (2d Cir. 2004), and as there are no indicia in the Complaint that Transhare was part of an "association-in-fact." *See, e.g., United States v. Boyle*, 556 U.S. 938, 946 (2009).

### Second Defense

245.    As to Count III, Civil RICO, Plaintiffs' claims against Transhare must be dismissed because Plaintiffs have failed to adequately plead a "pattern of racketeering activity" within the meaning of 18 U.S.C. § 1961(5), by failing to identify two or more predicate acts by Transhare,

25

and by failing to plead "open-ended continuity," or in the alternative, by failing to plead "closed-ended continuity."

## Third Defense

246.     Plaintiffs' claims against Transhare must be dismissed because Plaintiffs have failed to adequately plead Transhare's participation in or agreement to a conspiracy.

## Fourth Defense

247.     As to Count I, Section 10(b) of the Securities Exchange Act and SEC Rule 10b-5, Plaintiffs' claims against Transhare must be dismissed because Plaintiffs have failed to plead these claims with sufficient particularity as to Transhare, as required under the heightened pleading standard of Fed. R. Civ. P. 9(b).

## Fifth Defense

248.     As to Count I, Section 10(b) of the Securities Exchange Act and SEC Rule 10b-5, Plaintiffs' claims against Transhare must be dismissed because Plaintiffs have failed to plead that Transhare acted with the requisite scienter.

## Sixth Defense

249.     Plaintiffs' claims against Transhare must be dismissed because Plaintiffs have failed to plead that they acted in detrimental reliance on any acts, omissions, or representations of Transhare.

## Seventh Defense

250.     Plaintiffs' claims against Transhare must be dismissed because Transhare does not have final authority over or responsibility for a client company's SEC or NASDAQ filings, nor for reporting share issuances elsewhere.

**Eighth Defense**

251.    As to Count I and Count III, Plaintiffs' claims against Transhare must be dismissed because Transhare's primary duties as a transfer agent are to record and maintain accurate (to the best of Transhare's knowledge) shareholder information based on the instructions and materials provided by the client company; Transhare does not conduct a client company's day-to-day business.

**Ninth Defense**

252.    Plaintiffs' claims against Transhare must be dismissed because any public announcing or reporting, or issuance of public announcements or reports, would be the obligation of Transhare's client company, not of Transhare.

**Tenth Defense**

253.    Plaintiffs' claims against Transhare must be dismissed, because as transfer agent, Transhare bears no responsibility for any client company's misconduct with respect to manipulation of the company's shares or the company's conduct of its own business.

**Eleventh Defense**

254.    Plaintiffs' claims against Transhare must be dismissed because Transhare never intentionally, knowingly, or willfully "vouch[ed] for the legitimacy of the 240,000,000 Exchange Shares" and never advised or represented to any third parties that "the Exchange Shares had been issued directly by the Company, were not subject to any restrictions and were available to be traded" as alleged in the Complaint.

**Twelfth Defense**

255.    Plaintiffs' claims against Transhare must be dismissed because Plaintiffs fail to state a claim upon which relief can be granted as against Transhare.

**Thirteenth Defense**

256.    Plaintiffs' claims against Transhare must be dismissed because Plaintiffs' claims are untimely under the applicable statutes of limitations.

**Reservation of Rights**

257.    Transhare reserves all rights to assert further defenses as they become known during discovery or otherwise become available or applicable, and to amend this Answer accordingly.

**DEFENDANT TRANSHARE CORPORATION'S CROSS-CLAIMS AGAINST ALL OTHER DEFENDANTS**

Defendant Transhare, by and through the undersigned attorneys, hereby alleges as its crossclaims Defendants China Liberal Education Holdings Ltd. ("CLEU") and all other Defendants, Ngai Ngai Lam, Wenhuai Zhuang, Fangzhong Sun, Ngo Yin Tsang, Wandong Chen, Xiaonan Liu, Xinyu Deng, Ascent Investor Relations Llc, Tina Xiao, Ever Alpha, Global Limited, Lim Xiang Jie Cedriv, Ming-Shen Cheng, King Sung Wong, Ko Sen Chai, Siong Wee Vun, Chien Lung Ma, Kok Wah Wong, and Yan Zhao, as follows:

**Preliminary Statement**

1.    Transhare incorporates by reference and realleges the allegations of the above Answer as if fully set forth herein.

2.    Plaintiffs admit and concede that Transhare was, at all times relevant to this action, the transfer agent to CLEU (Compl. at ¶ 33).

3.    Plaintiffs, however, do not seem to understand what that role entails.

28

4.     At all times relevant to this action, Transhare's duties, obligations, responsibilities, and roles at CLEU's transfer agent were limited only to recording and maintaining, to the best of Transhare's knowledge, CLEU shareholder information based solely on the instructions and materials provided to Transhare by CLEU.

5.     Transhare's crossclaims arise out of Plaintiffs' factually and legally incorrect assertion in the Complaint that Transhare had additional duties, obligations, responsibilities, and roles beyond recording and maintaining CLEU shareholder information, and that Transhare somehow took various illegal or *ultra vires* actions beyond this limited scope. Plaintiffs' claims are baseless and demonstrate a fundamental misunderstanding of the role that transfer agents play in stock markets. At bottom, Plaintiffs' inclusion of Transhare in the Complaint is a matter of "shotgun" pleading, in which Plaintiffs have included every party that has even an attenuated association with CLEU.

6.     For example, Plaintiffs allege that "Transhare did not timely announce or advise the SEC or NASDAQ of the issuance." (Compl. ¶ 127).  Transhare, as a transfer agent, had no duty, obligation, responsibility, or role with respect to any such announcement or advice.

7.     Elsewhere, Plaintiffs allege that "Transhare did not publicly announce the issuance of the Exchange Shares until January 27, 2025, and they did not file the Change in Shares Outstanding form with NASDAQ until January 29, 2025." (Compl. ¶ 128). Again, this allegation misstates the role of a transfer agent.

8.     Plaintiffs also blame Transhare for "failure to disclose the issuance of the 240,000,000 Exchange Shares" (Compl. ¶ 129); again, this is not the role of a transfer agent. The obligation to make such disclosure was CLEU's, and CLEU's alone.

9.     In yet another example of Plaintiffs' misstating the role of a transfer agent, they allege that Transhare was "vouching for the legitimacy of the 240,000,000 Exchange Shares" (Compl. ¶ 169).

**Statement of Facts**

10.     Transhare's relationship with CLEU began on or about May 17, 2019, when Transhare became the transfer agent for CLEU pursuant to a "Transfer Agent Agreement."

11.     Transhare's actual work on behalf of CLEU as transfer agent was limited to recording and maintaining accurate (to the best of Transhare's knowledge) shareholder information based on the instructions and materials provided by CLEU.

12.     Since execution of the Transfer Agent Agreement through the events alleged in the Complaint Transhare's has not taken on any other obligations with respect to CLEU.

13.     At no time did Transhare undertake any reporting or announcement obligations for CLEU.

14.     At no time did Transhare actually report or announce any securities information regarding CLEU.

15.     As CLEU's transfer agent, Transhare maintains the official shareholder register, including names, addresses, and number of shares owned; processes the transfer of ownership when shares are bought or sold, and issues or cancels stock certificates; calculates and distributes dividends and interest payments to investors; sends proxy materials, annual reports, and tax documents to shareholders; and verifies the authenticity of signatures on stock transfer documents.

16.     Transhare does not have authority over or responsibility for CLEU's SEC or NASDAQ filings, nor for reporting share issuances elsewhere.

17.     Any public announcing or reporting, or issuance of public announcements or reports, would be the obligation of CLEU, not of Transhare.

18.     Pursuant to the Transfer Agent Agreement, CLEU agreed to indemnify and hold harmless Transhare in connection with any litigation arising out of the contractual relationship.

19.     In summary, Transhare, as a transfer agent, issues CLEU shares; once the shares are issued, they are deemed the property of the shareholders, who have the right to transfer the shares from Transhare's system to any other location. In issuing any shares of CLEU, Transhare merely confirmed that it received appropriate documentation from CLEU with respect to issuing such shares.

20.     Transhare bears no responsibility for any artifices, machinations, or strategies of CLEU or its insiders. Any alleged market manipulation or illegality by CLEU is completely unrelated to Transhare, which has no decision-making power or influence whatsoever over CLEU's market conduct or trading arrangements.

### COUNT I: COMMON LAW INDENMIFICATION
### (Cross-Claim Against All Other Defendants)

21.     Defendant Transhare restates each of the allegations in the preceding paragraphs, as though fully set forth herein.

22.     Transhare was at all relevant times merely CLEU's transfer agent, with its limited duties, obligations, responsibilities, and roles defined by the Transfer Agent Agreement.

23.     Transhare had no duties or obligations towards Plaintiffs.

24.     To the extent any Plaintiff was damaged as alleged in Plaintiffs' Complaint, Transhare had no knowledge or belief as to the alleged wrongful acts which were being committed by the other Defendants to this action.

25.     Such damages were caused in whole or in part or contributed to by reason of the culpable conduct of the other Defendants to this action, as alleged in Plaintiffs' Complaint, who apparently profited from the scheme alleged in Plaintiffs' Complaint.

31

26.    Transhare received no benefit from the scheme alleged in Plaintiffs' Complaint.

27.    To the extent any culpable conduct of Transhare exists, it was unknowing and the result of the other Defendants' scheme.

28.    It would be inequitable for Transhare to be liable for damages to Plaintiffs where the true tortfeasors masterminded and benefited from the scheme alleged in the Complaint.

29.    By virtue of the foregoing, the other Defendants to this action—Ngai Ngai Lam, Wenhuai Zhuang, Fangzhong Sun, Ngo Yin Tsang, Wandong Chen, Xiaonan Liu, Xinyu Deng, Ascent Investor Relations Llc, Tina Xiao, Ever Alpha, Global Limited, Lim Xiang Jie Cedriv, Ming-Shen Cheng, King Sung Wong, Ko Sen Chai, Siong Wee Vun, Chien Lung Ma, Kok Wah Wong, and Yan Zhao—are obligated under the common law to indemnify and hold harmless Transhare from Plaintiffs' claims.

## COUNT II: CONTRACTUAL INDEMNIFICATION
### (Cross-Claim Against Defendant CLEU)

30.    Defendant and Counterclaim Plaintiff Transhare restates each of the allegations in the preceding paragraphs, as though fully set forth herein.

31.    Transhare was at all relevant times CLEU's transfer agent, with its limited duties, obligations, responsibilities, and roles as outlined *supra*.

32.    CLEU agreed to indemnify and hold harmless Transhare pursuant to the Transfer Agent Agreement.

33.    Accordingly, Transhare brings this cross-claim for indemnification against CLEU.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant Transhare Corporation requests that the Court:

   A. Enter an order dismissing the Complaint as against Transhare in its entirety with

      prejudice,

32

B.  Enter judgment in favor of Transhare on the Complaint and each claim therein,

C.  Enter judgment in favor of Transhare on its crossclaims entitling it to indemnification from all other Defendants pursuant to common-law and contractual indemnification.

D.  Grant such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Defendant and Counterclaim Plaintiff Transhare Corporation demands a trial by jury on all issues so triable.

DATED: March 2, 2026

Respectfully Submitted,

*/s/ Edward Andrew Paltzik*
Edward Andrew Paltzik, Esq.
Taylor Dykema PLLC
914 E 25th Street
Houston, TX 77009
516-526-0341
edward@taylordykema.com

*Attorneys for Transhare Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, a true and correct copy of the foregoing Answer

and Crossclaims was filed on the Court's docket via PACER.

*/s/ Edward Andrew Paltzik*
Edward Andrew Paltzik
