UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2026

ATUL SHAH, ET AL.,

                    Plaintiffs,

          -v-

CHINA LIBERAL EDUCATION HOLDINGS
LTD., ET AL.,

                    Defendants.

**ORDER**

26-CV-823 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to ECF Nos. 25–31, Defendants Wandong Chen, Xinyu Deng, Ngai Ngai Lam, Xiaonan Liu, Fangzhong Sun, Ngo Yin Tsang, and Wenhui Zhuang were served on February 27, 2026.  Pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure, the deadline for these defendants to respond to the complaint was March 20, 2026.  To date, no response has been filed.  The Court *sua sponte* extends the deadline for these defendants to respond to the complaint to **April 3, 2026.**

**SO ORDERED.**

Dated: March 23, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge