UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/2/2026__

ATUL SHAH, ET AL.,

               Plaintiffs,

    -v-

CHINA LIBERAL EDUCATION HOLDINGS
LTD., ET AL.,

             Defendants.

**ORDER**

26-CV-823 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' letter motion, ECF No. 43 (the "Letter Motion"), requesting a premotion conference in anticipation of a Motion for Alternative Service. Defendants shall file a response to the Letter Motion by **April 10, 2026**. The undersigned will address the Letter Motion at the conference scheduled for **April 16, 2026 at 2:00 p.m.**

**SO ORDERED.**

Dated: April 2, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge