UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATUL SHAH, ET AL.,

                Plaintiffs,

          -v-

CHINA LIBERAL EDUCATION HOLDINGS
LTD., ET AL.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/2/2026__
```

**ORDER**

26-CV-823 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the motion of Amita Shah, Pierre Lotzof, Shailendra Prasad, Bo Kwon, and Joshua Bouck for Appointment as Lead Plaintiffs and Approval of Co-Lead Counsel, ECF No. 44, the Motion of Swamy Senthil for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, ECF No. 49, and the Motion of Robin Barnett for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, ECF No. 52 (collectively, the "Appointment Motions"), filed pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.

Pursuant to Rule II(B) of the undersigned's Individual Rules and Practices, a pre-motion conference letter should have preceded the Appointment Motions. However, the undersigned will construe the Appointment Motions as pre-motion conference letters and will consider the Appointment Motions timely. Those who filed the Appointment Motions are directed to confer to discuss proposed next

1

steps.  Any oppositions to the Appointment Motions shall be filed as letters not to exceed four pages by **April 20, 2026**.

A conference is scheduled to address the Appointment Motions on **May 5, 2026 at 11:00 a.m.**  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 106 436 488#).

**SO ORDERED.**

Dated: April 2, 2026
         New York, New York

Henry J. Ricardo
United States Magistrate Judge

2