UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATUL SHAH, ET AL.,

                    Plaintiffs,

           -v-

CHINA LIBERAL EDUCATION HOLDINGS
LTD., ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2026

**ORDER**

26-CV-823 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant Transhare Corporation's April 6, 2026 letter. ECF No. 59. The undersigned has recently changed his Individual Rules and Practices for Civil Cases, and now requires pre-motion letters for motions to dismiss. In light of this amendment, the previously scheduled conference will still be held on **April 16, 2026 at 2:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 435 384 170#).[1]

**SO ORDERED.**

Dated: April 7, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

---

[1] Please note that in the Court's March 24, 2026 order, ECF No. 39, the number for the Court's conference line was incorrectly transcribed. Please use the number contained in this order instead.