UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATUL SHAH, ET AL.,

                          Plaintiffs,

              -v-

CHINA LIBERAL EDUCATION HOLDINGS
LTD., ET AL.,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/16/2026

**ORDER**

26-CV-823 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on April 16, 2026 to address: (1) Plaintiffs' letter motion, ECF No. 43 (the "Alternative Service Motion"), requesting to withdraw previously filed affirmations of service and to file a motion for alternative service as to Defendants Wandong Chen, Xinyu Deng, Ngai Ngai Lam, Xianon Liu, Fangzhong Sun, Ngo Yin Tsang, and Wenhui Zhuang; and (2) Defendant China Liberal Education Holdings Ltd.'s ("China Liberal") letter, ECF No. 35, and motion to dismiss, ECF No. 37 ("CL's MTD").  For the reasons articulated in the conference transcript, the Alternative Service Motion is **DENIED WITHOUT PREJUDICE TO RENEWAL**, and CL's MTD is **DENIED AS MOOT**.  China Liberal shall file a response or pre-motion letter regarding Transhare Corporation's amended cross-claims by **April 30, 2026.**

The Clerk of Court is respectfully directed to terminate the Alternative Service Motion at ECF No. 43 as **DENIED WITHOUT PREJUDICE** and CL's MTD at ECF No. 37 as **DENIED AS MOOT**.

1

**SO ORDERED.**

Dated: April 16, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2