UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATUL SHAH, ET AL.,

                   Plaintiffs,

        -v-

CHINA LIBERAL EDUCATION HOLDINGS
LTD., ET AL.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2026
```

**ORDER**

26-CV-823 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on May 5, 2026 to address: (1) the motions to appoint lead plaintiffs and counsel at ECF Nos. 44, 49, and 52; and (2) Plaintiffs' anticipated amended complaint.

For the reasons articulated in the conference transcript, Amita Shah, Pierre Lotzof, Shailendra Prasad, Bo Kwon, and Joshua Bouck's Motion for Appointment as Lead Plaintiffs and Approval of Co-Lead Counsel, ECF No. 44, is **GRANTED**. Swamy Senthil's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, ECF No. 49, is **DENIED AS MOOT**. Robin Barnett's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, ECF No. 52, is also **DENIED AS MOOT**.

Plaintiffs shall file their anticipated amended complaint by **June 22, 2026**. The parties are directed to confer as to a briefing schedule regarding the anticipated amended complaint, incorporating a pre-motion conference, and shall file the proposed schedule by **May 19, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 44 as **GRANTED**, and the motions at ECF Nos. 49 and 52 as **DENIED AS MOOT**.

**SO ORDERED.**

Dated: May 5, 2026
      New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge