# Morris Kandinov

**Andrew W. Robertson**
Partner
+1.332.282.6639
andrew@moka.law

June 10, 2026

**BY ECF**

Hon. Henry J. Ricardo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21D
New York, NY 10007

> RE:    *Atul Shah, et al. v. China Liberal Education Holdings Ltd.*,
> Case No. 1:26-cv-00823-GHW-HJR

Dear Judge Ricardo:

Lead Plaintiffs respectfully submit this Letter Motion to request, without opposition from any party, an extension of the deadline to file their Amended Complaint in the above-captioned action. Currently, the deadline to file the Amended Complaint is June 22, 2026. Plaintiffs request a 30-day extension to and including July 22, 2026. This is Plaintiffs' first request for an extension with respect to the Amended Complaint.

Plaintiffs' request is based on, among other considerations, their continued investigation into the fraudulent scheme giving rise to this action—which implicates more than a dozen Defendants, many of whom are located outside of the United States, and has spawned a criminal prosecution—as well as counsel's ongoing evaluation of potential claims against each Defendant and other potentially culpable parties.

All Defendants who have appeared in this action to date (namely, China Liberal Education Holdings Ltd., Ascent Investor Relations LLC, Tina Xiao, and Transhare Corporation) have consented to the proposed extension, provided a corresponding adjustment is made to the deadlines for Defendants to respond to the Amended Complaint. *See* ECF 92 (Scheduling Order).

If approved, the operative deadlines would be as follows:

| **Filing** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Amended Complaint | June 22, 2026 | July 22, 2026 |
| Defendants' pre-motion letters | July 6, 2026 | August 5, 2026 |

Hon. Henry J. Ricardo
June 10, 2026
Page 2

| Filing | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs' response to Defendants' pre-motion letters | July 13, 2026 | August 12, 2026 |
| Any Defendant's Answer in Lieu of a Motion to Dismiss | July 17, 2026 | August 16, 2026 |
| Conference addressing pre-motion letters | July 23, 2026 | To be determined by the Court[1] |
| Defendants' moving briefs in connection with motions to dismiss | September 8, 2026 | October 8, 2026 |
| Opposition briefs | October 23, 2026 | November 23, 2026 |
| Reply briefs | November 13, 2026 | December 14, 2026 |

Plaintiffs appreciate Your Honor's consideration of this matter.

Respectfully submitted,

Andrew W. Robertson

cc:     All counsel of record via ECF

---

[1] In view of scheduling conflicts the week of August 24, Lead Plaintiffs respectfully request that the conference be scheduled for the following week of August 31, subject to the Court's availability and convenience.