UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATUL SHAH, ET AL.,

                            Plaintiffs,

                -v-

CHINA LIBERAL EDUCATION HOLDINGS
LTD., ET AL.,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/11/2026_

**ORDER**

26-CV-823 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' letter motion, ECF No. 93 (the "Letter Motion"), requesting an extension of the deadlines regarding filing their amended complaint and related briefing.  The Letter Motion is **GRANTED**, and the parties shall adhere to the following schedule:

- Plaintiffs' amended complaint is due by **July 22, 2026**;

- Defendants' pre-motion letters responding to the amended complaint are due by **August 5, 2026**;

- Plaintiffs' response to the pre-motion letters is due by **August 12, 2026**;

- Any defendants' answer in lieu of a motion to dismiss is due by **August 16, 2026**;

- The undersigned will hold a conference via telephone addressing the pre-motion letters on **August 31, 2026** at **11:00 a.m.**  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 935 059 924#);

1

- Defendants' moving briefs in connection with their motions to dismiss the amended complaint are due by **October 8, 2026**;

- Opposition briefs are due by **November 23, 2026**;

- Reply briefs are due by **December 14, 2026**.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 93 as **GRANTED**.

**SO ORDERED.**

Dated: June 11, 2026
     New York, New York

Henry J. Ricardo
United States Magistrate Judge

2