USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATUL SHAH, ET AL.,

Plaintiffs,

-v-

CHINA LIBERAL EDUCATION HOLDINGS LTD., ET AL.,

Defendants.

**ORDER**

26-CV-823 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' October 26, 2026 joint status letter. ECF No. 126. The parties are directed to file a further joint status letter by **January 4, 2027**. The parties are reminded that, pursuant to Rule II(A) of the undersigned's Individual Rules and Practices for Civil Cases, requests for a pre-motion conference with respect to a discovery dispute must be raised by filing a letter motion.

**SO ORDERED.**

Dated: October 27, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge