USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATUL SHAH, ET AL.,

Plaintiffs,

-v-

CHINA LIBERAL EDUCATION HOLDINGS LTD., ET AL.,

Defendants.

**ORDER**

26-CV-823 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' letter regarding the status of service upon Audit Alliance. ECF No. 128. In light of the fact that Audit Alliance is located in Singapore, Plaintiffs' proposed course of action is approved. Plaintiffs are directed to file a status report regarding service by **January 27, 2027**, and every 90 days thereafter until service is complete. Plaintiffs shall file proof of service within 7 days of receiving it.

**SO ORDERED.**

Dated: October 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge