# EXHIBIT E

Outlook

## Re: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

**From** John Jasnoch <jjasnoch@scott-scott.com>
**Date** Wed 11/4/2026 3:53 PM
**To** Jenny Sardella <jsardella@htflawyers.com>
**Cc** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>

Hi Jenny,

Thanks for the time last week. As discussed, Plaintiffs declared an impasse as to Defendants' objections to the Requests for Production and the Interrogatories and the failure to designate a witness or provide a date for the 30(b)(6) deposition notice, and advised that we would be seeking Court intervention. In an effort to compromise and in hoping to avoid burdening the Court, we allowed China Liberal with another week to advise whether they would withdraw their objections and produce the information responsive to the requests and designate a witness and provide a date for the 30(b)(6). As we discussed last Thursday, please let us know if you have an update withdrawing the objections and identifying a witness and dates for the deposition by tomorrow close of business.

Thanks,
John

SCOTT + SCOTT

**John Jasnoch,** Partner
619.798.5310
jjasnoch@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA
AMSTERDAM+BERLIN+LONDON+MONTRÉAL

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**From:** John Jasnoch <jjasnoch@scott-scott.com>
**Sent:** Friday, October 23, 2026 2:46 PM
**To:** Jenny Sardella <jsardella@htflawyers.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** Re: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

Thanks Jenny. Let's plan to confer on Thursday at 1pm eastern.

SCOTT + SCOTT

**John Jasnoch,** Partner
619.798.5310
jjasnoch@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA
AMSTERDAM+BERLIN+LONDON+MONTRÉAL

BEST LAW FIRMS RANKED BY Best Lawyers UNITED STATES 2026
Chambers TOP RANKED USA
Antitrust Annual Report TOP LAW FIRM Antitrust Since 2018
500 LEADING LAWYERS LAWDRAGON 2026

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** Jenny Sardella <jsardella@htflawyers.com>
**Sent:** Friday, October 23, 2026 1:10 PM
**To:** John Jasnoch <jjasnoch@scott-scott.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** RE: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

John,

I will provide our section by noon Monday.

With regard to a meet and confer date, I will be out of the office on another Court matter until Wednesday. I can be available for a call Thursday, any time after 12 pm.

Regards,

**Jenny Johnson-Sardella** | Partner

HUNTER TAUBMAN FISCHER & LI LLC

NEW YORK WASHINGTON, D.C. MIAMI

Chambers SPOTLIGHT NY 2025 Hunter Taubman Fischer & Li LLC

848 Brickell Avenue, Suite 200
Miami, Florida 33131
E-Mail : jsardella@htflawyers.com
T : 305-629-1180 | F : 305-629-8099 | M : 347-623-1684
www.htflawyers.com

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer or phone. Thank you.

---

**From:** John Jasnoch <jjasnoch@scott-scott.com>
**Sent:** Friday, October 23, 2026 4:06 PM
**To:** Jenny Sardella <jsardella@htflawyers.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** Re: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

Hi Jenny,

Attached is a draft of the joint letter on discovery due to the Court on Monday with Plaintiff's sections included. Please let us know when you anticipate sending your section.
Further, pursuant to Rule II(B)(1) of Judge Ricardo's Individual Rules of Practice, please let us know when you are available to further meet and confer on your responses to the discovery requests.

SCOTT + SCOTT

**John Jasnoch,** Partner
619.798.5310
jjasnoch@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA
AMSTERDAM+BERLIN+LONDON+MONTRÉAL

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** John Jasnoch <jjasnoch@scott-scott.com>
**Sent:** Thursday, October 22, 2026 2:23 PM
**To:** Jenny Sardella <jsardella@htflawyers.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** Re: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

Thanks for the response. Let us know, the deposition notice was served on August 19.

**John Jasnoch,** Partner
619.798.5310
jjasnoch@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA
AMSTERDAM+BERLIN+LONDON+MONTRÉAL

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** Jenny Sardella <jsardella@htflawyers.com>
**Sent:** Thursday, October 22, 2026 6:42 AM
**To:** John Jasnoch <jjasnoch@scott-scott.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** RE: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

John,

Thank you for your email. We are communicating with our client and have requested dates for the corporate representative availability and followed up on your other inquiries below. It is our understanding that the staff member dealing with this has been dealing with a personal issue. I have followed up for a response and will advise as soon as possible. Hopefully, I will have the response before Monday.

Regards,

**Jenny Johnson-Sardella** | Partner

HUNTER TAUBMAN FISCHER & LI LLC

NEW YORK WASHINGTON, D.C. MIAMI

Chambers SPOTLIGHT NY 2025 Hunter Taubman Fischer & Li LLC

848 Brickell Avenue, Suite 200
Miami, Florida 33131
E-Mail : jsardella@htflawyers.com
T : 305-629-1180 | F : 305-629-8099 | M : 347-623-1684
www.htflawyers.com

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer or phone. Thank you.

---

**From:** John Jasnoch <jjasnoch@scott-scott.com>
**Sent:** Wednesday, October 21, 2026 5:13 PM
**To:** Jenny Sardella <jsardella@htflawyers.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** Re: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

Hi Jenny,

Just following up on the below. Do you have any proposed deposition dates to share or an update on the other items? The joint letter is due on Monday.

Thanks,
John

**John Jasnoch,** Partner
619.798.5310
jjasnoch@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA
AMSTERDAM+BERLIN+LONDON+MONTRÉAL

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** Jenny Sardella <jsardella@htflawyers.com>
**Sent:** Wednesday, October 14, 2026 1:58 PM
**To:** John Jasnoch <jjasnoch@scott-scott.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** RE: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

John,

Thank you for the confirmation.

Regards,

**Jenny Johnson-Sardella** | Partner

HUNTER TAUBMAN FISCHER & LI LLC
NEW YORK WASHINGTON, D.C. MIAMI

848 Brickell Avenue, Suite 200
Miami, Florida 33131
E-Mail : jsardella@htflawyers.com
T : 305-629-1180 | F : 305-629-8099 | M : 347-623-1684

www.htflawyers.com

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer or phone. Thank you.

---

**From:** John Jasnoch <jjasnoch@scott-scott.com>
**Sent:** Wednesday, October 14, 2026 4:56 PM
**To:** Jenny Sardella <jsardella@htflawyers.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** Re: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

Thanks Jenny. Based upon your representation below that you will provide dates early next week, we will withdraw the August 19 notice set for tomorrow.

**John Jasnoch**, Partner
619.798.5310
jjasnoch@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA
AMSTERDAM+BERLIN+LONDON+MONTRÉAL

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** Jenny Sardella <jsardella@htflawyers.com>
**Sent:** Wednesday, October 14, 2026 1:50 PM
**To:** John Jasnoch <jjasnoch@scott-scott.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** RE: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

John,

To confirm, our client has advised us that anyone who would be designated as a corporate representative does not have a visa for travel, so any deposition would need to be conducted via Zoom. If you are willing to explore other dates, I will need to confer with our client regarding their availability. I can provide dates early next week so that we can provide that update to the Magistrate as well. Please confirm that the current notice has been withdrawn.

Regards,

**Jenny Johnson-Sardella** | Partner

HUNTER TAUBMAN FISCHER & LI LLC

NEW YORK WASHINGTON, D.C. MIAMI

Chambers SPOTLIGHT NY 2025 Hunter Taubman Fischer & Li LLC

848 Brickell Avenue, Suite 200
Miami, Florida 33131
E-Mail : jsardella@htflawyers.com
T : 305-629-1180 | F : 305-629-8099 | M : 347-623-1684
www.htflawyers.com

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer or phone. Thank you.

---

**From:** John Jasnoch <jjasnoch@scott-scott.com>
**Sent:** Wednesday, October 14, 2026 4:31 PM
**To:** Jenny Sardella <jsardella@htflawyers.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** Re: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

Dear Jenny,

Thanks for letting us know. Please endeavor to get back to us by early next week so that we can prepare the joint letter that is due to the Magistrate on October 26. To the extent you are resting on your objections, please be advised that we will be filing a motion to compel.

Further, as you know, pursuant to the Court-authorized 30(b)(6) deposition notice that we served on August 19th, the deposition is set for tomorrow. While you indicated on our call that there may be issues with visas, you have not filed a motion to quash or a motion for a protective order, and you have not conferred with us to find an alternative date or method. While we are

willing to conduct the deposition by Zoom if travel remains an issue, and while we are willing to explore different dates, the 30b6 notice has not been withdrawn. To avoid a non-appearance tomorrow, please confirm that you will designate a witness and make them available by October 23, and we can issue a new notice.

-John

SCOTT + SCOTT

**John Jasnoch,** Partner
619.798.5310
jjasnoch@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA
AMSTERDAM+BERLIN+LONDON+MONTRÉAL

BEST LAW FIRMS RANKED BY Best Lawyers UNITED STATES 2026 | Chambers TOP RANKED USA | Antitrust Annual Report TOP LAW FIRM Antitrust Since 2018 | 500 LEADING LAWYERS LAWDRAGON 2026

This e-mail may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** Jenny Sardella <jsardella@htflawyers.com>
**Sent:** Wednesday, October 14, 2026 9:13 AM
**To:** John Jasnoch <jjasnoch@scott-scott.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** RE: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

John,

We are awaiting a response from our client regarding your email below. We will provide you with a response once received.

Regards,

**Jenny Johnson-Sardella** | Partner

HUNTER TAUBMAN FISCHER & LI LLC

NEW YORK WASHINGTON, D.C. MIAMI

Chambers SPOTLIGHT NY 2025 Hunter Taubman Fischer & Li LLC

848 Brickell Avenue, Suite 200
Miami, Florida 33131
E-Mail : jsardella@htflawyers.com
T : 305-629-1180 | F : 305-629-8099 | M : 347-623-1684
www.htflawyers.com

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer or phone. Thank you.

---

**From:** John Jasnoch <jjasnoch@scott-scott.com>
**Sent:** Friday, October 9, 2026 5:34 PM
**To:** Jenny Sardella <jsardella@htflawyers.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** Re: Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

Thank you Jenny.

Can you please advise when you will be able to confirm which specific information and documents China Liberal contends are stored within the PRC, as opposed to maintained at its Cayman registered office, or with its U.S.-based agents. We will need to know whether any documents or information actually are being withheld pursuant to the objections, as required by Rule 34(b)(2)(C).

SCOTT + SCOTT

**John Jasnoch,** Partner
619.798.5310
jjasnoch@scott-scott.com
www.scott-scott.com
600 W. Broadway + Suite 3300
San Diego, CA 92101

NEW YORK+CONNECTICUT+CALIFORNIA+DELAWARE+TEXAS+VIRGINIA+OHIO+NEBRASKA
AMSTERDAM+BERLIN+LONDON+MONTRÉAL

This e-mail may contain confidential or privileged information. If you believe you have received it in error,
please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** Jenny Sardella <jsardella@htflawyers.com>
**Sent:** Thursday, October 8, 2026 8:46 AM
**To:** John Jasnoch <jjasnoch@scott-scott.com>
**Cc:** Andrew Robertson <andrew@moka.law>; Samantha Daniels <sdaniels@pomlaw.com>; Mark Hunter <mhunter@htflawyers.com>; Jackie Freitas <jfreitas@htflawyers.com>
**Subject:** Shah v. China Liberal Education - Case No. 26cv823-GHW_HJR

John,

Attached is the executed Verification to CLEU's response to Plaintiff's interrogatories.

Regards,

**Jenny Johnson-Sardella** | Partner

HUNTER TAUBMAN FISCHER & LI LLC
NEW YORK WASHINGTON, D.C. MIAMI

848 Brickell Avenue, Suite 200
Miami, Florida 33131
E-Mail : jsardella@htflawyers.com
T : 305-629-1180 | F : 305-629-8099 | M : 347-623-1684
www.htflawyers.com

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer or phone. Thank you.