USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATUL SHAH, ET AL.,

Plaintiffs,

-v-

CHINA LIBERAL EDUCATION HOLDINGS LTD., ET AL.,

Defendants.

**ORDER**

26-CV-823 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' letter motion, ECF No. 132 (the "Letter Motion"), seeking to compel discovery. Defendants are directed to respond to the Letter Motion by **November 24, 2026.** The undersigned will hold a conference via telephone to address the Letter Motion on **December 3, 2026** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 528 055 776#).

**SO ORDERED.**

Dated: November 16, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge